**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State Farm Fire and Casualty Company, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>Broan Manufacturing Company, Inc., et al,<br><br>Defendants. | No. CV06-889-PHX-SMM<br><br><br><br>**ORDER** |

Having considered the parties' joint motion for permission to appear telephonically at the Rule 16 preliminary pretrial conference (Doc. No. 24), and good cause existing,

**IT IS ORDERED**:

That the parties' representatives in the above-captioned action shall appear telephonically at the September 12, 2006, 4:00 p.m., preliminary case management conference. At 3:55 p.m. Mountain Standard Time, the parties shall jointly contact the Court on a clear telephone line at (602) 322-7555.

Dated this 5th day of September, 2006.

Stephen M. McNamee
United States District Judge