**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| State Farm Fire & Casualty Company, | ) | No. CIV 06-889-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Broan Manufacturing Company, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Given the pending Motion for Summary Judgment filed by Defendant Broan-NuTone, L.L.C., on May 25, 2007 (Dkt. 41),

**IT IS HEREBY ORDERED** that the Final Pretrial Conference in this case, currently scheduled for **June 20, 2007**, is **VACATED**.

**IT IS FURTHER ORDERED** that the Court will, if necessary, reschedule the Final Pretrial Conference after resolving the pending motion for summary judgment.

DATED this 29th day of May, 2007.

Stephen M. McNamee
United States District Judge