**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State Farm Fire & Casualty Company, ) | No. CIV 06-889-PHX-SMM |
| )  Plaintiff,                        ) | **ORDER** |
| v.                                   ) | |
| Broan Manufacturing Company, Inc., et al., ) | |
| Defendants.                          ) | |

Pending before the Court is the parties' Stipulation to Dismiss Nortek, Inc. (Dkt. 42) Good cause appearing,

**IT IS ORDERED** parties' Stipulation to Dismiss Nortek, Inc. (Dkt. 42) is **GRANTED** and Plaintiff's claims against Defendant Nortek, Inc. are dismissed with prejudice.

**IT IS FURTHER ORDERED** that Nortek Inc. shall no longer be a party to this action.

DATED this 29th day of May, 2007.

Stephen M. McNamee
United States District Judge