**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State Farm Fire & Casualty Company, ) | No. CIV 06-889-PHX-SMM |
| Plaintiff, ) | **AMENDED ORDER** |
| v. ) | |
| Broan Manufacturing Company, Inc., et ) al., ) | |
| Defendants. ) | |

     This Order is to clarify the Court's May 30, 2007 Order vacating the Final Pretrial Conference (Dkt. 43).

     Given the pending Motion for Summary Judgment filed by Defendant Broan-NuTone, L.L.C., on May 25, 2007 (Dkt. 41),

     **IT IS HEREBY ORDERED** that the Final Pretrial Conference in this case, currently scheduled for **June 20, 2007**, is **VACATED**.

     **IT IS FURTHER ORDERED** that the deadlines imposed by the Court's Order Re: Final Pretrial Conference (Dkt. 38), such as the date for submitting a Proposed Pretrial Order, and the date for filing and serving all motions in limine, are **VACATED**.

//

//

//

1 **IT IS FURTHER ORDERED** that the Court will, if necessary, reschedule the Final Pretrial Conference and the deadlines for filing pretrial materials upon resolving the pending motion for summary judgment.

DATED this 31st day of May, 2007.

_____
Stephen M. McNamee
United States District Judge