**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State Farm Fire & Casualty Company, | No. CIV 06-889-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Broan Manufacturing Company, Inc., et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation to Extend Time Frames in which to File Responses and Replies. (Dkt. 46)  Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Stipulation to Extend Time Frames in which to File Responses and Replies. (Dkt. 46)

**IT IS FURTHER ORDERED** that Plaintiff State Farm Fire and Casualty Company ("State Farm") shall have through June 25, 2007, to file all responses to Defendant Broan-Nutone, L.L.C.'s ("Broan") Spoilation Motion and Motion to Exclude State Farm's Expert George Hogge, and through July 2, 2007, to file a response to Broan's Motion for Summary Judgment.

//

//

//

1       **IT IS FURTHER ORDERED** that Broan shall have through July 20, 2007 to file all
2 replies in support of their Spoilation Motion and Motion to Exclude State Farm's Expert
3 George Hogge, and through July 30, 2007, to file a reply in support of their Motion for
4 Summary Judgment.

5       DATED this 18th day of June, 2007.

                                         Stephen M. McNamee
                                         United States District Judge